■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK A. WEISSBACH, Appellant. [959 NYS2d 447]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed March 16, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255-256 [2006]). Mastro, J.P., Rivera, Leventhal, Hall and Lott, JJ., concur.